UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WHITNEY, | No. 2:14-cv-2526 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CLIFF ALLENBY, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. Plaintiff is housed at the Coalinga State Hospital. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: November 12, 2014

whit2526.22

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2